1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9    VICTOR FUENTES, an individual, JOSE AVILA, an individual, MARIO NAVARRO, an individual, and GEORGE GARCIA JR., an individual; Individually and on Behalf of All Similarly Situated Individuals, | Case No: CV 14-00790-ODW (FFMx) |
| | [The Honorable Otis D. Wright II] |
| | **CLASS ACTION** |
|      Plaintiffs, | ~~[PROPOSED]~~ **ORDER FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, SETTING OF A FINAL APPROVAL HEARING AND APPROVAL OF NOTICE TO THE CLASS** |
|      vs. | |
| MACY'S WEST STORES, INC., an Ohio corporation; JOSEPH ELETTO TRANSFER, INC., a New York corporation, and DOES 1-25, | Date: March 16, 2015 Time: 1:30 p.m. Courtroom: 11 |
| | *Complaint Filed*:   November 19, 2013 |
|      Defendants. | *Complaint Removed:* January 31, 2014 |
| | *Trial:* None currently Scheduled |

21
22
23
24
25
26
27
28

## ORDER FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

The Court, having fully reviewed the Class Representatives' Motion for Preliminary Approval of Class Action Settlement, the supporting Points and Authorities, the Declaration of Thomas W. Falvey in support thereof, the fully-executed Stipulation of Class Action Settlement containing a release ("Final Settlement Agreement") attached as Exhibit "1" to the Declaration of Thomas W. Falvey, the proposed Notice of Class Action Settlement and Verified Claim Form for the Putative Class Member helpers attached as Exhibits "A" and "A-1" to the Final Settlement Agreement, and the third-party settlement administrator proposal submitted by Simpluris, Inc. attached as Exhibit "2" to the Declaration of Thomas W. Falvey, and in recognition of the Court's duty to make a preliminary determination as to the reasonableness of any proposed Class Action settlement, and if preliminarily determined to be reasonable, to ensure proper notice is provided to Putative Class Members in accordance with due process requirements; and to conduct a Final Approval hearing as to the good faith, fairness, adequacy and reasonableness of any proposed settlement, THE COURT HEREBY MAKES THE FOLLOWING DETERMINATIONS AND ORDERS:

1.      The Court finds, on a preliminary basis, that the Final Settlement Agreement appears to be within the range of reasonableness of a settlement which could ultimately be given final approval by this Court; the Court notes that Defendants MACY'S WEST STORES, INC., an Ohio corporation; and JOSEPH ELETTO TRANSFER, INC., a New York corporation, have agreed to pay the entire Settlement Amount of $4,000,000 (MACY'S WEST STORES, INC. paying $3,000,000 thereof, and JOSEPH ELETTO TRANSFER, INC., paying $1,000,000 respectively) to the Putative Class Members, Class Representatives, Class Counsel, the Claims Administrator, and the State of California Labor Workforce and Development Agency, in full satisfaction of the claims as more specifically described in the Final Settlement Agreement;

1

**ORDER FOR PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT**

It further appears to the Court, on a preliminary basis, that the settlement is fair and reasonable to Putative Class Members when balanced against the probable outcome of further litigation, liability and damages issues, and potential appeals of rulings.  It further appears that significant formal and informal discovery, investigation, research, and litigation has been conducted such that counsel for the Parties at this time are able to reasonably evaluate their respective positions.  It further appears that settlement at this time will avoid substantial costs, delay and risks that would be presented by the further prosecution of the litigation.  It also appears that the proposed Settlement has been reached as the result of intensive, informed and non-collusive negotiations between the Parties;

ACCORDINGLY, GOOD CAUSE APPEARING, THE MOTION FOR ORDER OF PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT IS HEREBY GRANTED.

2.     The Court finds that the Notice of Proposed Class Action Settlement and Exclusion Form fully advises Putative Class Members of the proposed settlement, of preliminary Court approval of the proposed Settlement, exclusion timing and procedures, dispute resolution procedures, and of the Final Approval Hearing. These documents fairly and adequately advise Putative Class Members of the terms of the proposed Settlement and the benefits available to Putative Class Members thereunder, as well as their right to exclude themselves from the Class and procedures for doing so, and of the Final Approval Hearing and the right of Putative Class Members to file documentation in objection and to appear in connection with said hearing; the Court further finds that said Notice clearly comports with all constitutional requirements including those of due process;

**ORDER FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

1     ACCORDINGLY, GOOD CAUSE APPEARING, THE COURT HEREBY

2   APPROVES THE PROPOSED NOTICE OF PROPOSED CLASS ACTION

3   SETTLEMENT.

4

5   3.     The mailing to the present and last known addresses of the Putative Class

6   Members constitutes an effective method of notifying Putative Class Members of

7   their rights with respect to the Settlement; ACCORDINGLY, IT IS HEREBY

8   ORDERED as follows:

9          (a)     Within five (5) days, Defendant JOSEPH ELETTO TRANSFER,

10   INC. shall forward to the appointed Claims Administrator, Simpluris, Inc., a

11   database (in an electronic spreadsheet format) of all Putative Class Members,

12   including the names, last known addresses, telephone numbers, dates of

13   employment, social security numbers, and respective total days worked during the

14   Class Period (November 19, 2009 through the date of this Order);

15          (b)     Within fourteen (14) days, the Claims Administrator, Simpluris, Inc.,

16   shall mail to each member of the Settlement Class, by first class, postage pre-paid,

17   the Notice of Class Action Settlement, Exclusion Form, and a postage-paid

18   envelope addressed to the Claims Administrator.  All mailings shall be made to the

19   present and/or last known mailing address of the Putative Class Members based on

20   Defendants' records, as well as addresses that may be located by the Claims

21   Administrator, who will conduct standard address searches in cases of returned

22   mail.  The Court finds that the mailing of notices to Putative Class Members as set

23   forth in this paragraph is the best means practicable by which to reach Putative

24   Class Members and is reasonable and adequate pursuant to all constitutional and

25   statutory requirements including all due process requirements;

26          (c)     At most 90 days prior to the Final Approval Hearing, Defendants will

27   provide confirmation that they have provided notice to all appropriate Federal and

28

**ORDER FOR PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT**

State officials pursuant to 28 U.S.C. § 1715.

4.     IT IS FURTHER ORDERED that all:

(a)     Requests for Exclusion must be mailed to the Claims Administrator, postmarked on or before the 45th day after the Notice Packet was mailed to the relevant Putative Class Member, excepting Putative Class Members who had Notice Packets re-mailed, who shall have until the 45th day after the Notice Packet was re-mailed to them;

(b)     Objections must be filed with the Court as described in the Class Notice and also served on Class Counsel and on Defense Counsel at most twenty-one (21) days before the Final Approval Hearing;

5.     IT IS FURTHER ORDERED that the Final Approval Hearing shall be held before the undersigned at 1:30 p.m., on ~~July 27~~ June 30, 2015, at the above-entitled court located at 312 North Spring Street, Los Angeles, California 90012 to consider the fairness, adequacy and reasonableness of the proposed Settlement preliminarily approved by this Order of Preliminary Approval, and to consider the application of Class Counsel for an award of reasonable attorneys' fees, litigation expenses, Class Representative Service Payments, and for costs of claims administration incurred;

6.     IT IS FURTHER ORDERED that all briefs in support of final approval of the Settlement and for Award of Attorneys' Fees, Costs, Class Representative Service Awards, and Putative Class Member Service Awards shall be served and filed with the Court within 90 days of this Order.

///

///

**ORDER FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

7.     IT IS FURTHER ORDERED that pending final determination of whether this proposed Settlement should be granted final approval, no Putative Class Member, either directly or representatively, or in any other capacity, shall commence or prosecute any action or proceeding asserting any of the Putative Class Members' Released Claims, as defined in the Settlement Agreement, against Defendants in any court or tribunal;

8.     IT IS FURTHER ORDERED that any party to this case, including Putative Class Members, may appear at the Final Approval Hearing in person or by counsel, and may be heard to the extent allowed by the Court, in support of or in opposition to, the Court's determination of the good faith, fairness, reasonableness and adequacy of the proposed Settlement, the requested attorneys' fees and litigation expenses, and any Order of Final Approval and Judgment regarding such Settlement, fees and expenses; provided, however, that no person, except Class Counsel and counsel for Defendants, shall be heard in opposition to such matters unless such person has complied with the conditions set forth in the Notice of Proposed Class Action Settlement which conditions are incorporated therein;

9.     IT IS FURTHER ORDERED that in the event of the occurrence of the Effective Date, as defined in the Settlement Agreement, all Putative Class Members, except those who have requested exclusion from the settlement, and their successors shall conclusively be deemed to have given full releases of any and all Released Claims as defined in the Settlement Agreement against Defendants, their former and present parents, subsidiaries, affiliated corporations and entities, and each of their respective officers, officials, directors, employees, partners, shareholders and agents, any other successors, assigns or legal representatives ("Released Parties") and all such Putative Class Members and their

5

**ORDER FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

1  successors shall be permanently enjoined and forever barred from asserting any

2  Released Claims against any Released Parties as described by the Settlement

3  Agreement;

4

5  10.    IT IS FURTHER ORDERED that if, for any reason, the Court does not

6  execute and file an Order of Final Approval, or if the Effective Date does not

7  occur for any reason whatsoever, the proposed Settlement Agreement and the

8  proposed Settlement subject of this Order and all evidence and proceedings had in

9  connection therewith, shall be without prejudice to the status quo ante rights of the

10  parties to the litigation as more specifically set forth in the Settlement Agreement.

11

12  11.    IT IS FURTHER ORDERED that, pending further order of this Court, all

13  proceedings in this matter except those contemplated herein and in the Settlement

14  Agreement are stayed.

15

16  The Court expressly reserves the right to adjourn or continue the Final Approval

17  Hearing from time-to-time without further notice to the Putative Class Members.

18

19  IT IS SO ORDERED.

20

21  Dated:_____March 16_____, 2015

22                                              Hon. Otis D. Wright II

23                                              JUDGE OF THE UNITED STATES
                                                DISTRICT COURT FOR THE
24                                              CENTRAL DISTRICT OF
                                                CALIFORNIA
25

26

27

28

6

**ORDER FOR PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT**